UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
OCT 7 2020
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 4:20CR642 RWS/NCC |
| MARC HAROLD TAYLOR, II, ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT I

The Grand Jury charges that:

On or about September 10, 2020, in St. Louis City, within the Eastern District of Missouri,

**MARC HAROLD TAYLOR, II,**

the defendant herein, did knowingly possess a destructive device (cannon) that was not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Section 5861(d).

### COUNT II

The Grand Jury further charges that:

On or about September 10, 2020, in St. Louis City, within the Eastern District of Missouri

**MARC HAROLD TAYLOR, II,**

the defendant herein, did knowingly possess a destructive device (machine gun) that was not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Section 5861(d).

## COUNT III

The Grand Jury further charges that:

On or about September 10, 2020, in St. Louis City, within the Eastern District of Missouri

**MARC HAROLD TAYLOR, II,**

the defendant herein, did knowingly possess a machine gun, in violation of Title 18, United States Code, Section 922(o)(1).

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney


_____
JOHN T DAVIS, #40915MO
Assistant United States Attorney
111 S. 10th Street, Room 20.333
St. Louis, MO 63102