

Photograph #2