UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 4:20 CR 642 RWS |
| ) | |
| v. ) | |
| ) | |
| MARC HAROLD TAYLOR, II, ) | |
| ) | |
| Defendant. ) | |

## **DETENTION ORDER**

On April 14, 2021, defendant MARC HAROLD TAYLOR, II, came before the Court with counsel for an initial appearance under Federal Rule of Criminal Procedure 5, which proceedings included a detention hearing on motion of the United States that defendant be detained in the custody of the United States Marshals Service until trial under the Bail Reform Act of 1986, 18 U.S.C. § 3142. (Doc. 4.)

Following these proceedings, through counsel defendant Taylor orally, voluntarily waived his right to a detention hearing, knowing that a detention order would be issued and that the detention order would be reconsidered upon motion of the defendant.

Therefore,

**IT IS HEREBY ORDERED** that the motion of the United States that defendant MARC HAROLD TAYLOR, II, be detained (Doc. 4) **is sustained.** Defendant is committed to the custody of the United States Marshals Service until further order. The detention order will be reconsidered upon motion of the defendant.

**IT IS FURTHER ORDERED** that defendant be confined in a corrections facility, separate, to the extent practicable, from persons awaiting trial, serving sentences, or being held in custody pending appeal.

**IT IS FURTHER ORDERED** that defendant be allowed reasonable opportunity for consultation with counsel.

**IT IS FURTHER ORDERED** that on order of a Court of the United States or on request of an attorney for the United States, the person in charge of the corrections facility in which defendant is confined must deliver defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

        **/s/ David D. Noce**
**UNITED STATES MAGISTRATE JUDGE**

Signed on April 15, 2021.